**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Marcel F. Sincich, Esq. (SBN 319508)
msincich@galipolaw.com
21800 Burbank Boulevard, Suite 310
Shannon J. Leap, Esq. (SBN 339574)
*sleap@galipolaw.com*
Woodland Hills, CA 91367
Phone: (818) 347-3333 | Fax: (818) 347-4118
*Attorneys for Plaintiff* REGINA CASTRO

**JILL WILLIAMS-STATE BAR NO. 221793**
**SCOTT J. CARPENTER-STATE BAR NO. 253339**
**CARPENTER, ROTHANS & DUMONT**
500 South Grand Avenue, 19th Floor
Los Angeles, California 90071
(213) 228-0400 (213) 228-0401 (Fax)
jwilliams@crdlaw.com / scarpenter@crdlaw.com
*Attorneys for Defendant* COUNTY OF LOS ANGELES

Janet L. Keuper (SBN 128417)
**SEKI, NISHIMURA & WATASE, LLP**
600 Wilshire Blvd., Suite 1250
Los Angeles, CA 90017
(213) 481-2869 / (213) 481-2871 (FAX)
jkeuper@snw-law.com
*Attorneys for Defendant* CHAD MELTON

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINA CASTRO,<br><br>             Plaintiff,<br><br>     vs.<br><br>COUNTY OF LOS ANGELES, CHAD MELTON, and DOES 1-10, inclusive,<br><br>             Defendants. | Case No.: 2:23-cv-02810-WLH-MARx<br><br>[*Honorable Wesley L. Hsu*]<br>Magistrate Judge Margo A. Rocconi<br><br>**JOINT STATUS REPORT REGARDING POTENTIAL CONDITIONAL SETTLEMENT OF ENTIRE ACTION; REQUEST TO CONTINUE AND/OR VACATE DATES**<br><br>Action filed: April 14, 2023<br>Trial Date: March 25, 2025 |

TO THE HONORABLE COURT:

-1-

The parties, Plaintiff, REGINA CASTRO and Defendants, COUNTY OF LOS ANGELES, and CHAD MELTON, by and through their counsel of record, hereby notify the Court that the parties are actively engaged in settlement discussions and believe there is the potential for a conditional settlement of the entire matter.

1. The Parties participated in a mediation on December 15, 2023, with mediator Judge Joseph Biderman (Ret.).  The mediation concluded with the parties coming to an agreement regarding a potential conditional settlement that would be presented by defense counsel for consideration by the County Contract Cities Claims Board.  The case is on the Contract Cities agenda for consideration on January 17, 2024, which is the earliest possible date.

2. If the Contract Cities Claims Board elects to proceed with the proposed settlement, the parties will proceed to finalize a settlement agreement and begin the County's approval process, which entails final approval by the Contract Cities Claims Board and the County of Los Angeles Board of Supervisors.

3. If the Settlement is approved, the Parties will file a stipulation to dismiss the entire action with prejudice within ten days of Plaintiffs' receipt of the settlement funds.

4. Accordingly, the parties request that the Court vacate all pending trial and trial-related deadlines, including the status conference regarding the limited stay of discovery that is set for January 4, 2024. Defense counsel anticipates that the settlement approval process could take up to nine months to be finalized.  The Parties further agree and request that if the settlement is not approved, then this Court shall reset the dates in this case.

1  **Respectfully submitted,**

2  DATED:  December 27, 2023          **LAW OFFICES OF DALE K. GALIPO**

3

4                                     By: */s/ Dale K. Galipo*
                                       Dale K. Galipo, Esq.
5                                      Marcel F. Sincich, Esq.
                                       Shannon J. Leap, Esq. [1]
6                                      *Attorneys for Plaintiff* REGINA CASTRO

7

8  DATED:  December 27, 2023          **CARPENTER, ROTHANS & DUMONT**

9

10

11                                    By: */s/ Jill Williams*
                                      JILL WILLIAMS
12                                    SCOTT J. CARPENTER
                                      *Attorneys for Defendant* COUNTY OF LOS
13                                    ANGELES

14

15 DATED:  December 27, 2023          **SEKI, NISHIMURA & WATASE, LLP**

16

17                                    By: */s/ Janet L. Keuper*
                                      Janet L. Keuper
18                                    *Attorneys for Defendant* CHAD MELTON

19

20

21

22

23

24

25

26 _____

27 [1] I, Shannon J. Leap, hereby attest that all the signatories listed, and on whose behalf the filing is submitted, concur in the content of this Joint Scheduling Conference Report and have authorized its filing.

28                                         -3-                    Case No. 2:23-c
                                                                  v-02810-WLH-MARx