**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Marcel F. Sincich, Esq. (SBN 319508)
msincich@galipolaw.com
21800 Burbank Boulevard, Suite 310
Shannon J. Leap, Esq. (SBN 339574)
*sleap@galipolaw.com*
Woodland Hills, CA 91367
Phone: (818) 347-3333 | Fax: (818) 347-4118
*Attorneys for Plaintiff* REGINA CASTRO

Jill Williams (SBN 221793)
Scott J. Carpenter (SBN 253339)
**CARPENTER, ROTHANS & DUMONT**
500 South Grand Avenue, 19th Floor
Los Angeles, California 90071
(213) 228-0400  (213) 228-0401 (Fax)
jwilliams@crdlaw.com / scarpenter@crdlaw.com
*Attorneys for Defendant* COUNTY OF LOS ANGELES

Janet L. Keuper (SBN 128417)
**SEKI, NISHIMURA & WATASE, LLP**
600 Wilshire Blvd., Suite 1250
Los Angeles, CA 90017
(213) 481-2869 / (213) 481-2871 (FAX)
jkeuper@snw-law.com
*Attorneys for Defendant* CHAD MELTON

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINA CASTRO,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>COUNTY OF LOS ANGELES, CHAD MELTON, and DOES 1-10, inclusive,<br><br>　　　　　Defendants. | Case No.: 2:23-cv-02810-WLH-MARx<br><br>[*Honorable Wesley L. Hsu*]<br>Magistrate Judge Margo A. Rocconi<br><br>**RESPONSE TO OSC AND STIPULATION TO CONTINUE OSC RE DISMISSAL**<br><br><u>OSC re Dismissal:</u><br>Date: March 22, 2024<br>Time: 1:00 p.m.<br><br><u>Proposed Cont. OSC re Dismissal:</u><br>Date: January 17, 2025<br>Time: 1:00 p.m. |

-1-　Case No. 2:23-cv-02810-WLH-MARx
RESPONSE TO STIPULATION TO CONTINUE OSC RE DISMISSAL

IT IS HEREBY STIPULATED by and between Plaintiff, REGINA CASTRO and Defendants, COUNTY OF LOS ANGELES, and CHAD MELTON, by and through their counsel of record, to continue the OSC re Dismissal currently scheduled for March 22, 2024 (see Dkt. 45), to January 17, 2025, subject to approval by the Court. The parties submit that, as outlined below, GOOD CAUSE exists for this continuance.

1. The Parties participated in a mediation on December 15, 2023, with mediator Judge Joseph Biderman (Ret.).
2. Following the mediation, the parties reached a tentative settlement and have signed the appropriate agreement to initiate the County's approval process. The settlement is subject to the County's approval process, which entails final approval by the Contract Cities Claims Board and the County of Los Angeles Board of Supervisors. The County estimates that the approval process will take approximately nine months.
3. If the Settlement is approved, the Parties will file a stipulation to dismiss the entire action with prejudice within ten days of Plaintiff's receipt of the settlement funds.
4. Therefore, the Parties respectfully request the Court continue the OSC re Dismissal from March 22, 2024 to January 17, 2025 and further respectfully request the Court to maintain jurisdiction over the case pending the approval of the settlement.

IT IS SO STIPULATED.

DATED: March 6, 2024        **LAW OFFICES OF DALE K. GALIPO**

                            By: */s/ Shannon J. Leap*
                            Dale K. Galipo, Esq.
                            Marcel F. Sincich, Esq.

Shannon J. Leap, Esq. [1]
*Attorneys for Plaintiff* REGINA CASTRO

DATED:  March 6, 2024      **CARPENTER, ROTHANS & DUMONT**

By: /s/ Jill Williams
Jill Williams
Scott J. Carpenter
*Attorneys for Defendant* COUNTY OF LOS ANGELES

DATED:  March 6, 2024      **SEKI, NISHIMURA & WATASE, LLP**

By: /s/ Janet L. Keuper
Janet L. Keuper
*Attorneys for Defendant* CHAD MELTON

---

[1] I, Shannon Leap, hereby attest that all the signatories listed, and on whose behalf the filing is submitted, concur in the content of this Response and Stipulation and have authorized its filing.

-3-    Case No. 2:23-cv-02810-WLH-MARx
RESPONSE TO STIPULATION TO CONTINUE OSC RE DISMISSAL