# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINA CASTRO,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>COUNTY OF LOS ANGELES, CHAD MELTON, and DOES 1-10, inclusive,<br><br>　　　　Defendants. | Case No.: 2:23-cv-02810-WLH-MARx<br><br>[*Honorable Wesley L. Hsu*]<br>Magistrate Judge Margo A. Rocconi<br><br>**[PROPOSED] ORDER RE: RESPONSE TO OSC AND STIPULATION TO CONTINUE OSC RE DISMISSAL**<br><br>OSC re Dismissal:<br>Date: March 22, 2024<br>Time: 1:00 p.m.<br><br>Proposed Cont. OSC re Dismissal:<br>Date: January 17, 2025<br>Time: 1:00 p.m. |

HAVING REVIEWED THE PARTIES' JOINT STIPULATION, and Good Cause having been shown, IT IS HEREBY ORDERED as follows:

1. The OSC re Dismissal hearing currently scheduled for March 22, 2024 at 1:00 p.m. is hereby continued to January 17, 2025 at 1:00 p.m. The Parties are ordered to file a response to the OSC re Dismissal by January 10, 2025.

2. If the Settlement is approved, the Parties are ordered to file a stipulation to dismiss the entire action with prejudice within ten days of Plaintiff's receipt of the settlement funds.

3. The Court will maintain jurisdiction over the case through the approval process, pending the approval of the settlement.

IT IS SO ORDERED.

DATED:                             **UNITED STATES DISTRICT COURT**

_____
HONORABLE WESLEY L. HSU