**JILL WILLIAMS-State Bar No. 221793**
**SCOTT J. CARPENTER-STATE BAR NO. 253339**
**CARPENTER ROTHANS & DUMONT**
500 South Grand Avenue, 19th Floor
Los Angeles, California 90071
(213) 228-0400 / (213) 228-0401 (Fax)
jwilliams@crdlaw.com / scarpenter@crdlaw.com

Attorneys for Defendant,
County of Los Angeles

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINA CASTRO, <br><br> Plaintiff, <br><br> v. <br><br> COUNTY OF LOS ANGELES, CHAD MELTON, and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No.: 2:23-cv-02810-WLH-MAR <br><br> **UNOPPOSED REQUEST FOR AN ORDER ALLOWING JILL WILLIAMS, LEAD COUNSEL FOR DEFENDANT COUNTY, TO APPEAR REMOTELY AT THE OSC REGARDING DISMISSAL** |

PLEASE TAKE NOTICE THAT counsel for the County of Los Angeles, Jill Williams, hereby requests leave from this Court to appear remotely via Zoom for the OSC re Dismissal, scheduled for March 22, 2024, at 1:00 p.m.  See Dkt. 45. Pursuant to Central District Local Rule 7-3 and this Court's orders, counsel for the County has met and conferred with counsel for all other parties regarding this request.  None oppose the request.

The County of Los Angeles submits that good cause exists for this remote

-1-

appearance for the following reasons:

1. First, the parties have reached a tentative settlement of this case. After a joint notice of conditional settlement was filed, the Court set an Order to Show Cause re Dismissal for March 22, 2024 at 1:00 p.m.  See Dkt. 45.

2. The settlement is subject to the County's approval process, which entails final approval by the Contract Cities Claims Board and the County of Los Angeles Board of Supervisors.  The County estimates that the approval process will take approximately nine months.  As such, the parties have submitted a stipulation and request that the Court continue the OSC re Dismissal to January 17, 2025.  See Dkt. 46.

3. Second, this Court's standing order re civil cases provides that "[l]ead trial counsel shall attend all proceedings set by this Court, including scheduling, settlement, and pretrial conferences, as well as trials." Standing Order, p. 2, ¶ 3. Jill Williams is lead counsel for Defendant County of Los Angeles and is presently out of the country and unable to attend this hearing in person but will be available to attend remotely and address any issues or questions the Court may have.

DATED: March 18, 2024           CARPENTER, ROTHANS & DUMONT LLP

                                By:   /s/ Jill Williams
                                      JILL WILLIAMS
                                      SCOTT J. CARPENTER
                                      Attorneys for Defendant,
                                      County of Los Angeles

-2-

UNOPPOSED REQUEST FOR AN ORDER ALLOWING JILL WILLIAMS, LEAD COUNSEL FOR DEFENDANT COUNTY, TO APPEAR REMOTELY AT THE OSC REGARDING DISMISSAL