# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINA CASTRO,<br><br>        Plaintiff,<br>v.<br>COUNTY OF LOS ANGELES, CHAD MELTON, and DOES 1 through 10, inclusive,<br><br>        Defendants. | Case No.: 2:23-cv-02810-WLH-MAR<br><br>**[Proposed] ORDER ALLOWING JILL WILLIAMS, LEAD COUNSEL FOR DEFENDANT COUNTY, TO APPEAR REMOTELY AT THE OSC REGARDING DISMISSAL** |

IT IS HEREBY ORDERED, following request made by counsel for the County of Los Angeles, that Jill Williams, lead trial counsel for Defendant County, may appear remotely via Zoom for the OSC re Dismissal, scheduled for March 22, 2024, at 1:00 p.m.

///

///

-1-

[Proposed] ORDER ALLOWING JILL WILLIAMS, LEAD COUNSEL FOR DEFENDANT COUNTY, TO APPEAR REMOTELY AT THE OSC REGARDING DISMISSAL

1     IT IS SO ORDERED.

2

3 DATED: _____

                                         Honorable Wesley Hsu
4                                        United States District Judge

-2-

[Proposed] ORDER ALLOWING JILL WILLIAMS, LEAD COUNSEL FOR DEFENDANT COUNTY, TO APPEAR REMOTELY AT THE OSC REGARDING DISMISSAL