**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Marcel F. Sincich, Esq. (SBN 319508)
msincich@galipolaw.com
21800 Burbank Boulevard, Suite 310
Shannon J. Leap, Esq. (SBN 339574)
*sleap@galipolaw.com*
Woodland Hills, CA 91367
Phone: (818) 347-3333 | Fax: (818) 347-4118
*Attorneys for Plaintiff* REGINA CASTRO

Jill Williams (SBN 221793)
Scott J. Carpenter (SBN 253339)
**CARPENTER, ROTHANS & DUMONT**
500 South Grand Avenue, 19th Floor
Los Angeles, California 90071
(213) 228-0400  (213) 228-0401 (Fax)
jwilliams@crdlaw.com / scarpenter@crdlaw.com
*Attorneys for Defendant* COUNTY OF LOS ANGELES

Janet L. Keuper (SBN 128417)
**SEKI, NISHIMURA & WATASE, PLC**
600 Wilshire Blvd., Suite 1250
Los Angeles, CA 90017
(213) 481-2869 / (213) 481-2871 (FAX)
jkeuper@snw-law.com
*Attorneys for Defendant* CHAD MELTON

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| REGINA CASTRO,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>COUNTY OF LOS ANGELES, CHAD MELTON, and DOES 1-10, inclusive,<br><br>　　　　Defendants. | Case No.: 2:23-cv-02810-WLH-MARx<br><br>**RESPONSE TO OSC AND STIPULATION TO CONTINUE OSC RE DISMISSAL**<br><br>OSC re Dismissal:<br>Date: January 17, 2025<br>Time: 1:00 p.m.<br><br>Proposed Cont. OSC re Dismissal:<br>Date:　April 25, 2025<br>Time: 1:00 p.m. |

-1-　Case No. 2:23-cv-02810-WLH-MARx
RESPONSE TO OSC AND STIPULATION TO CONTINUE OSC RE DISMISSAL

IT IS HEREBY STIPULATED by and between Plaintiff, REGINA CASTRO and Defendants, COUNTY OF LOS ANGELES, and CHAD MELTON, by and through their counsel of record, to continue the OSC re Dismissal currently scheduled for January 17, 2025 (Dkt. 48), subject to approval by the Court. The parties submit that, as outlined below, GOOD CAUSE exists for this continuance.

1. The Parties participated in a mediation on December 15, 2023, with mediator Judge Joseph Biderman (Ret.).

2. On December 27, 2023, the Parties filed their Joint Status Report Regarding Conditional Settlement of Entire Action and Request to Continue and/or Vacate all Dates. (Dkt. 44).

3. On December 27, 2023, the Court set an Order to Show Cause re Dismissal for March 22, 2024 and vacated all dates and deadlines. (Dkt. 45).

4. On February 27, 2024, Plaintiff and her counsel signed the Release in Full Settlement and Compromise Agreement.

5. On March 6, 2024, the Parties filed their Response to OSC and Stipulation to Continue OSC re Dismissal, whereby the County estimated that the approval process will take approximately nine (9) months. (Dkt. 46).

6. On March 18, 2024, the Court continued the OSC re Dismissal to January 17, 2025. (Dkt. 48).

7. The settlement is subject to the County's approval process, which entails final approval by the Contract Cities Claims Board and the County of Los Angeles Board of Supervisors. The approval process is underway, but it is expected to take another several months to complete.

8. Once the LASD completes its internal review of a matter, it forwards its required documentation to the LASD Risk Management Bureau and the CEO of Risk Management for Los Angeles County for review. Upon the concurrence of the CEO of Risk Management for Los Angeles County, the documentation is processed through the LASD chain of command. Once the final signature process for LASD is

complete, the documentation is provided to the CEO of Risk Management for Los Angeles County for final review and signature, at which time the matter can be placed on the Contract Cities Claims Board agenda. After approval by the Contract Cities Claims Board, the matter will then be placed on the Public Safety Cluster Review agenda, which is typically within 30 days. After the Cluster Agenda has been advised of the settlement, the matter will go before the County Board of Supervisors for approval, which is typically within 30 days.

9. Based on defense counsel's understanding and belief, the Los Angeles County Sheriff's Department Risk Management Bureau has been restructured, which created a further backlog of matters awaiting settlement approval. Along with the restructuring was the implementation of a new format and structure for documentation required for a matter to proceed to the Contract Cities Claims Board for settlement approval.

10. The Contract Cities Claims Board meets once a month, typically on the second Wednesday of the month. It is expected that this matter will be on the Contract Cities Claims Board Agenda in or around April 2025. If the Settlement is approved by the Contract Cities Claims Board, it is expected that it will be on the Board of Supervisors Agenda within 45 days and, if approved by the Board of Supervisors, that Plaintiff will receive the settlement funds within 45 days of the final approval.

11. If the Settlement is approved, the Parties will file a stipulation to dismiss the entire action with prejudice within ten days of Plaintiff's receipt of the settlement funds.

12. Therefore, the Parties respectfully request the Court continue the OSC re Dismissal from January 17, 2025, to April 25, 2025, and further respectfully request the Court to maintain jurisdiction over the case pending the approval of the settlement.

IT IS SO STIPULATED.

| | | |
|---|---|---|
| 2 | DATED:  January 6, 2025 | **LAW OFFICES OF DALE K. GALIPO** |

By: */s/* Shannon Leap  
Dale K. Galipo, Esq.  
Marcel F. Sincich, Esq.  
Shannon J. Leap, Esq.  
*Attorneys for Plaintiff* REGINA CASTRO

DATED:  January 6, 2025         **CARPENTER, ROTHANS & DUMONT**

/s/ Jill Williams  
By: _____  
Jill Williams  
Scott J. Carpenter  
*Attorneys for Defendant* COUNTY OF LOS ANGELES

DATED:  January 6, 2025         **SEKI, NISHIMURA & WATASE, PLC**

By: /s/ Janet Keuper  
Janet L. Keuper  
*Attorneys for Defendant* CHAD MELTON