# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINA CASTRO,<br><br>  Plaintiff,<br><br>  vs.<br><br>COUNTY OF LOS ANGELES, CHAD MELTON, and DOES 1-10, inclusive,<br><br>  Defendants. | Case No.: 2:23-cv-02810-WLH-MARx<br><br>**[PROPOSED] ORDER CONTINUING OSC RE DISMISSAL**<br><br>OSC re Dismissal:<br>Date: January 17, 2025<br>Time: 1:00 p.m.<br><br>Proposed Cont. OSC re Dismissal:<br>Date:   April 25, 2025<br>Time: 1:00 p.m. |

   IT IS HEREBY ORDERED, following stipulation of counsel, that the OSC re Dismissal is continued from January 17, 2025, to April 25, 2025.

   IT IS SO ORDERED.

DATED:

                              Honorable Wesley L. Hsu
                              United States District Judge

-1-  Case No. 2:23-cv-02810-WLH-MARx
[PROPOSED] ORDER CONTINUING OSC RE DISMISSAL