# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINA CASTRO,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>COUNTY OF LOS ANGELES, CHAD MELTON, and DOES 1-10, inclusive,<br><br>　　　　　Defendants. | Case No.: 2:23-cv-02810-WLH-MARx<br><br>**[Proposed] ORDER CONTINUING OSC RE DISMISSAL**<br><br>OSC re Dismissal:<br>Date: April 25, 2025<br>Time: 1:00 p.m.<br><br>[Proposed] Cont. OSC re Dismissal:<br>Date:　August 22, 2025<br>Time: 1:00 p.m. |

　　　IT IS HEREBY ORDERED, following stipulation of counsel, that the OSC re Dismissal is continued from April 25, 2025, to August 22, 2025.

　　　IT IS SO ORDERED.

DATED:

　　　　　　　　　　　　　　　　　Honorable Wesley L. Hsu
　　　　　　　　　　　　　　　　　United States District Judge