# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINA CASTRO,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>COUNTY OF LOS ANGELES, CHAD MELTON, and DOES 1-10, inclusive,<br><br>　　　　Defendants. | Case No.: 2:23-cv-02810-WLH-MARx<br><br>**ORDER RE STIPULATION TO CONTINUE OSC RE DISMISSAL [54]** |

　　　IT IS HEREBY ORDERED, following stipulation of counsel, that the OSC re Dismissal is continued from April 25, 2025, to August 22, 2025 at 1:00 p.m.

　　　IT IS SO ORDERED.

DATED: 4/24/25

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　HON. WESLEY L. HSU
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE