**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Marcel F. Sincich, Esq. (SBN 319508)
msincich@galipolaw.com
21800 Burbank Boulevard, Suite 310
Shannon J. Leap, Esq. (SBN 339574)
sleap@galipolaw.com
Woodland Hills, CA 91367
Phone: (818) 347-3333 | Fax: (818) 347-4118
*Attorneys for Plaintiff* REGINA CASTRO

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINA CASTRO,<br><br>       Plaintiff,<br><br>   vs.<br><br>COUNTY OF LOS ANGELES, CHAD MELTON, and DOES 1-10, inclusive,<br><br>       Defendants. | Case No.: 2:23-cv-02810-WLH-MARx<br><br>**JOINT RESPONSE TO OSC and REQUEST TO APPEAR VIA ZOOM**<br><br>OSC re Dismissal:<br>Date: August 22, 2025<br>Time: 1:00 p.m. |

Pursuant to this Court's April 24, 2025 Order (Doc. 55), by and through their attorneys of record, Plaintiff REGINA CASTRO and Defendants COUNTY OF LOS ANGELES and CHAD MELTON, hereby submit the following Response to Order to Show Cause.

1.  This officer-involved shooting death incident occurred on March 13, 2022. The Complaint was filed on April 14, 2023. (Doc. 1.)

2.  The Parties participated in a mediation on December 15, 2023, with mediator Judge Joseph Biderman (Ret.).

3.  On December 27, 2023, the Parties filed their Joint Status Report Regarding Conditional Settlement of Entire Action and Request to Continue and/or Vacate all Dates. (Doc. 44).

4.  On December 27, 2023, the Court set an Order to Show Cause re

1  Dismissal for March 22, 2024, and vacated all dates and deadlines. (Doc. 45).

2      5. On February 27, 2024, Plaintiff and her counsel signed the Release in Full Settlement and Compromise Agreement.

    6. On March 6, 2024, the Parties filed their Response to OSC and Stipulation to Continue OSC re Dismissal, <u>whereby the County estimated that the approval process will take approximately nine (9) months</u>. (Doc. 46). To date it has not been 18 months since the executed Settlement and Compromise Agreement.

    7. On March 18, 2024, the Court continued the OSC re Dismissal to January 17, 2025. (Doc. 48).

    8. On January 13, 2025, following stipulation of the parties, the Court again continued the OSC re Dismissal to April 25, 2025.  (Doc. 51).

    9. On April 24, 2025, following stipulation of the parties, the Court again continued the OSC re Dismissal to August 22, 2025.  (Doc. 55).

    10. The settlement is subject to the County's approval process, which entails final approval by the Contract Cities Claims Board and the County of Los Angeles Board of Supervisors.

    11. Once the LASD completes its internal review of a matter, it forwards its required documentation to the LASD Risk Management Bureau and the CEO of Risk Management for Los Angeles County for review.  The LASD internal review process was completed in mid-July 2025, after which the required documents were forwarded to the LASD Risk Management Bureau and the CEO of Risk Management for Los Angeles County.

    12. Upon the concurrence of the CEO of Risk Management for Los Angeles County, the documentation is processed through the LASD chain of command.

    13. Once the final signature process for LASD is complete, the documentation is provided to the CEO of Risk Management for Los Angeles County for final review and signature, at which time the matter can be placed on the

Contract Cities Claims Board agenda. Defendants believe that that the CEO will issue a determination in sufficient time to have the matter placed on the September 11 or October 2 agenda; however, this has not yet been confirmed.

14. After approval by the Contract Cities Claims Board, the matter will then be placed on the Public Safety Cluster Review agenda, which is typically within 30 days. Based on Defendants' expectations, that will likely be on or around November 2, 2025.

15. After the Cluster Agenda has been advised of the settlement, the matter will go before the County Board of Supervisors for approval, which is typically within 30 days. Based on Defendants' expectations, that will likely be on or around December 2, 2025.

16. Based on Defendants' understanding and belief, the Los Angeles County Sheriff's Department Risk Management Bureau has been restructured, which created a further backlog of matters awaiting settlement approval. Along with the restructuring was the implementation of a new format and structure for documentation required for a matter to proceed to the Contract Cities Claims Board for settlement approval.

17. Then, if approved by the Board of Supervisors, that Plaintiff will receive the settlement funds within 30 days of the final approval.

18. If the OSC is heard on August 22, 2025, the parties request that it be held remotely via Zoom.

Respectfully submitted,

DATED: August 15, 2025

**LAW OFFICES OF DALE K. GALIPO**

By: */s/*
Dale K. Galipo, Esq.
Marcel F. Sincich, Esq.
*Attorneys for Plaintiff* REGINA CASTRO

DATED: August 15, 2025

**CARPENTER, ROTHANS & DUMONT**

By: /s/
Jill Williams
Scott J. Carpenter
*Attorneys for Defendant* COUNTY OF LOS ANGELES