**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Marcel F. Sincich, Esq. (SBN 319508)
msincich@galipolaw.com
21800 Burbank Boulevard, Suite 310
Shannon J. Leap, Esq. (SBN 339574)
sleap@galipolaw.com
Woodland Hills, CA 91367
Phone: (818) 347-3333 | Fax: (818) 347-4118

*Attorneys for Plaintiff* REGINA CASTRO

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| REGINA CASTRO,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>COUNTY OF LOS ANGELES, CHAD MELTON, and DOES 1-10, inclusive,<br><br>　　　　Defendants. | Case No.: 2:23-cv-02810-WLH-MARx<br><br>**(PROPOSED) ORDER GRANTING PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER DIRECTING DEFENDANT COUNTY OF LOS ANGELES TO SHOW CAUSE AS TO WHY THE SETTLEMENT OF THIS ACTION HAS NOT BEEN CONSUMMATED**<br><br>OSC re Dismissal:<br>Date: August 22, 2025<br>Time: 1:00 p.m.<br><br>[Declaration of Marcel F. Sincich; Proposed Order *filed concurrently herewith*] |

## (PROPOSED) ORDER

After reviewing Plaintiff's *Ex Parte* Application for an order Directing the County of Los Angeles to Show Cause as to Why the Settlement of this Action has not been Consummated, and GOOD CAUSE appearing, this Court makes the following orders:

A. The Court sets an Order to Show Cause hearing for August 29, 2025, or whenever convenient thereafter for the Court, at 10:00 a.m., held over Zoom.

B. At the Order to Show Cause Hearing, Defendant County of Los Angeles shall explain why the settlement of this action has not been presented before the relevant Boards, including why it took over a year and a half for LASD to perform an "internal review" of a matter that was conditionally settled of an incident that took place on March 13, 2022.

C. Counsel for Defendant County of Los Angeles shall ensure that the individuals with decision-making authority at each step of the approval process are present or represented at the hearing.

D. At or after the Order to Show Cause, as the Court finds appropriate, the Court will issue an order providing deadlines to Defendants for when each step of the approval process must be completed.

IT IS SO ORDERED

DATED:

HONORABLE WESLEY L. SHU
UNITED STATES DISTRICT JUDGE