UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | 2:23-cv-02810-WLH-MAR | Date | August 19, 2025 |
|---|---|---|---|
| Title | *Castro v. County of Los Angeles, et al.* | | |

Present: The Honorable **WESLEY L. HSU**, United States District Judge

| Holidae Crawford | None |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None | None |

**Proceedings:** **(IN CHAMBERS) ORDER RE AMENDED JOINT RESPONSE TO OSC RE DISMISSAL [58] AND *EX PARTE* APPLICATION DIRECTING DEFENDANT COUNTY OF LOS ANGELES TO SHOW CAUSE [57]**

The Court is in receipt of the Amended Joint Response to the OSC Re Dismissal (the "Joint Response"). (Joint Response, Docket No. 58). In the Joint Response, the parties explain the current progress made towards finalizing the settlement agreement. Given this explanation, the Court **CONTINUES** the hearing on calendar for the OSC re Dismissal by ninety days, from Friday, August 22, 2025, to November 21, 2025.

The Court is also in receipt of Plaintiff's *Ex Parte* Application for an Order Directing Defendant County of Los Angeles to Show Cause as to Why the Settlement in this Action Has Not Been Consummated (the "EPA"). (EPA, Docket No. 57). In light of the Joint Response – effectively explaining why the settlement has not yet been consummated – the Court **DENIES** the EPA as moot.[1]

**IT IS SO ORDERED.**

---

[1] While the Court is sympathetic that Plaintiff has been waiting eighteen months to finalize the settlement agreement, it also recognizes that the County's settlement approval process is complicated and time consuming. The Court does not view this delay as exhibiting bad faith.