**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Marcel F. Sincich, Esq. (SBN 319508)
msincich@galipolaw.com
21800 Burbank Boulevard, Suite 310
Shannon J. Leap, Esq. (SBN 339574)
*sleap@galipolaw.com*
Woodland Hills, CA 91367
Phone: (818) 347-3333 | Fax: (818) 347-4118
*Attorneys for Plaintiff* REGINA CASTRO

Jill Williams (SBN 221793)
Scott J. Carpenter (SBN 253339)
**CARPENTER, ROTHANS & DUMONT**
500 South Grand Avenue, 19th Floor
Los Angeles, California 90071
(213) 228-0400 (213) 228-0401 (Fax)
jwilliams@crdlaw.com / scarpenter@crdlaw.com
*Attorneys for Defendant* COUNTY OF LOS ANGELES

Janet L. Keuper (SBN 128417)
**SEKI, NISHIMURA & WATASE, PLC**
600 Wilshire Blvd., Suite 1250
Los Angeles, CA 90017
(213) 481-2869 / (213) 481-2871 (FAX)
jkeuper@snw-law.com
*Attorneys for Defendant* CHAD MELTON

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINA CASTRO,<br><br>　　　Plaintiff,<br><br>　vs.<br><br>COUNTY OF LOS ANGELES, CHAD MELTON, and DOES 1-10, inclusive,<br><br>　　　Defendants. | Case No.: 2:23-cv-02810-WLH-MARx<br><br>**STIPULATION TO CONTINUE OSC RE DISMISSAL**<br><br><u>OSC re Dismissal:</u><br>Date: November 21, 2025<br>Time: 1:00 p.m.<br><br><u>Proposed Cont. OSC re Dismissal:</u><br>Date:　January 30, 2026<br>Time: 1:00 p.m. |

　　　IT IS HEREBY STIPULATED by and between Plaintiff, REGINA CASTRO and Defendants, COUNTY OF LOS ANGELES, and CHAD MELTON, by and

through their counsel of record, to continue the OSC re Dismissal currently scheduled for November 21, 2025, subject to approval by the Court. The parties submit that, as outlined below, GOOD CAUSE exists for this continuance.

1. The Parties participated in a mediation on December 15, 2023, with mediator Judge Joseph Biderman (Ret.) and reached a conditional settlement, that was subject to the County's approval process, which entails final approval by the Contract Cities Claims Board and the County of Los Angeles Board of Supervisors.

2. The settlement was approved by the Contract Cities Claims Board on October 15, 2025. It is expected that the matter will be on the agenda for the Board of Supervisors in December 2025. If the settlement is approved by the Board of Supervisors, it typically takes four to six weeks for the County to issue settlement checks. Within 10 days of the plaintiff's receipt of those checks, the parties will file a stipulation to dismiss the entire action with prejudice.

3. Therefore, the parties respectfully request the Court continue the OSC re Dismissal from November 21, 2025, to January 30, 2026, and further respectfully request the Court to maintain jurisdiction over the case pending the approval of the settlement.

IT IS SO STIPULATED.

DATED: November 6, 2025            **LAW OFFICES OF DALE K. GALIPO**

By: /s/ Marcel Sincich
Dale K. Galipo, Esq.
Marcel F. Sincich, Esq.
*Attorneys for Plaintiff* REGINA CASTRO

| | | |
|---|---|---|
| 1 | DATED: November 6, 2025 | **CARPENTER, ROTHANS & DUMONT** |
| 2 | | |
| 3 | | By: /s/ Jill Williams |
| 4 | | Jill Williams |
| 5 | | Scott J. Carpenter |
| 6 | | *Attorneys for Defendant* COUNTY OF LOS ANGELES |
| 7 | | |
| 8 | DATED: November 6, 2025 | **SEKI, NISHIMURA & WATASE, PLC** |
| 9 | | |
| 10 | | By: /s/ Janet Keuper |
| 11 | | Janet L. Keuper |
| | | *Attorneys for Defendant* CHAD MELTON |