# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINA CASTRO,<br><br>    Plaintiff,<br><br>vs.<br><br>COUNTY OF LOS ANGELES, CHAD MELTON, and DOES 1-10, inclusive,<br><br>    Defendants. | Case No.: 2:23-cv-02810-WLH-MARx<br><br>**ORDER CONTINUING OSC RE DISMISSAL [60]** |

**IT IS HEREBY ORDERED**, following stipulation of counsel, that the OSC re Dismissal is continued from November 21, 2025, to January 30, 2026.

**IT IS SO ORDERED.**

DATED: 11/12/2025

_____
HONORABLE WESLEY L. HSU
UNITED STATES DISTRICT JUDGE