**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Marcel F. Sincich, Esq. (SBN 319508)
msincich@galipolaw.com
21800 Burbank Boulevard, Suite 310
Shannon J. Leap, Esq. (SBN 339574)
*sleap@galipolaw.com*
Woodland Hills, CA 91367
Phone: (818) 347-3333 | Fax: (818) 347-4118
*Attorneys for Plaintiff* REGINA CASTRO

Jill Williams (SBN 221793)
Scott J. Carpenter (SBN 253339)
**CARPENTER, ROTHANS & DUMONT**
500 South Grand Avenue, 19th Floor
Los Angeles, California 90071
(213) 228-0400 (213) 228-0401 (Fax)
jwilliams@crdlaw.com / scarpenter@crdlaw.com
*Attorneys for Defendant* COUNTY OF LOS ANGELES

Janet L. Keuper (SBN 128417)
**SEKI, NISHIMURA & WATASE, PLC**
600 Wilshire Blvd., Suite 1250
Los Angeles, CA 90017
(213) 481-2869 / (213) 481-2871 (FAX)
jkeuper@snw-law.com
*Attorneys for Defendant* CHAD MELTON

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINA CASTRO,<br><br>                    Plaintiff,<br><br>     vs.<br><br>COUNTY OF LOS ANGELES, CHAD MELTON, and DOES 1-10, inclusive,<br><br>                    Defendants. | Case No.: 2:23-cv-02810-WLH-MARx<br><br>**STIPULATION TO CONTINUE OSC RE DISMISSAL**<br><br><u>OSC re Dismissal:</u><br>Date: January 30, 2026<br>Time: 1:00 p.m.<br><br><u>Proposed Cont. OSC re Dismissal:</u><br>Date:   February 27, 2026<br>Time: 1:00 p.m. |

IT IS HEREBY STIPULATED by and between Plaintiff, REGINA CASTRO and Defendants, COUNTY OF LOS ANGELES, and CHAD MELTON, by and

through their counsel of record, to continue the OSC re Dismissal currently scheduled for January 30, 2026, subject to approval by the Court. The parties submit that, as outlined below, GOOD CAUSE exists for this continuance.

1.     The Parties participated in a mediation on December 15, 2023, with mediator Judge Joseph Biderman (Ret.) and reached a conditional settlement, that was subject to the County's approval process, which entails final approval by the Contract Cities Claims Board and the County of Los Angeles Board of Supervisors.

2.     The settlement was approved by the Contract Cities Claims Board on October 15, 2025, and was approved by the Board of Supervisors on December 2, 2025. After approval, plaintiff's counsel provided counsel for the County of Los Angeles with the last required settlement documents (i.e. W-9 form and payment instructions) and counsel for the County requested the settlement check. The check is expected to be received within the next two to three weeks. Within 10 days of the plaintiff's receipt of those checks, the parties will file a stipulation to dismiss the entire action with prejudice.

3.     Therefore, the parties respectfully request the Court continue the OSC re Dismissal from January 30, 2026, to February 27, 2026, and further respectfully request the Court to maintain jurisdiction over the case until the parties file a stipulation to dismiss the entire action with prejudice.

IT IS SO STIPULATED.


DATED:  January 22, 2026          **LAW OFFICES OF DALE K. GALIPO**


By: /s/ Marcel Sincich
Dale K. Galipo, Esq.
Marcel F. Sincich, Esq.
*Attorneys for Plaintiff* REGINA CASTRO

1

2

3    DATED:  January 22, 2026            **CARPENTER, ROTHANS & DUMONT**

4                                         /s/ Jill Williams

5                                        By: _____

6                                        Jill Williams
                                         Scott J. Carpenter
7                                        *Attorneys for Defendant* COUNTY OF LOS
                                         ANGELES
8

9    DATED:  January 22, 2026            **SEKI, NISHIMURA & WATASE, PLC**

10

11                                       By: /s/ Janet Keuper

12                                       Janet L. Keuper
                                         *Attorneys for Defendant* CHAD MELTON
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28