# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINA CASTRO,<br><br>    Plaintiff,<br><br>vs.<br><br>COUNTY OF LOS ANGELES, CHAD MELTON, and DOES 1-10, inclusive,<br><br>    Defendants. | Case No.: 2:23-cv-02810-WLH-MARx<br><br>**[Proposed] ORDER CONTINUING OSC RE DISMISSAL**<br><br><u>OSC re Dismissal:</u><br>Date: January 30, 2026<br>Time: 1:00 p.m.<br><br><u>Proposed Cont. OSC re Dismissal:</u><br>Date: February 27, 2026<br>Time: 1:00 p.m. |

IT IS HEREBY ORDERED, following stipulation of counsel, that the OSC re Dismissal is continued from January 30, 2026, to February 27, 2026.

IT IS SO ORDERED.

DATED: _____

Honorable Wesley L. Hsu
United States District Judge