UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINA CASTRO,<br><br>             Plaintiff,<br><br>   vs.<br><br>COUNTY OF LOS ANGELES, CHAD MELTON, and DOES 1-10, inclusive,<br><br>           Defendants. | Case No.: 2:23-cv-02810-WLH-MARx<br><br>**ORDER CONTINUING OSC RE DISMISSAL [62]** |

**IT IS HEREBY ORDERED**, following stipulation of counsel, that the OSC re Dismissal is continued from January 30, 2026, to February 27, 2026.

**IT IS SO ORDERED**.

DATED: January 26, 2026

_____
HONORABLE WESLEY L. HSU
UNITED STATES DISTRICT JUDGE