JILL WILLIAMS-State Bar No. 221793
SCOTT J. CARPENTER-STATE BAR NO. 253339
CARPENTER ROTHANS & DUMONT
500 South Grand Avenue, 19th Floor
Los Angeles, California 90071
(213) 228-0400 / (213) 228-0401 (Fax)
jwilliams@crdlaw.com / scarpenter@crdlaw.com

Attorneys for Defendant,
County of Los Angeles

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINA CASTRO,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>COUNTY OF LOS ANGELES, CHAD MELTON, and DOES 1-10, inclusive,<br><br>　　　　Defendants. | Case No.: 2:23-cv-02810-WLH-MARx<br><br>**STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE** |

　　　　IT IS HEREBY STIPULATED by and between Plaintiff, REGINA CASTRO and Defendants, COUNTY OF LOS ANGELES, and CHAD MELTON, by and through their counsel of record, that the above-entitled action be dismissed in its entirety, with prejudice, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1).

　　　　IT IS SO STIPULATED.

DATED: February 18, 2026　　　　**LAW OFFICES OF DALE K. GALIPO**

　　　　　　　　　　　　　　　　By: /s/ Marcel Sincich
　　　　　　　　　　　　　　　　Dale K. Galipo, Esq.
　　　　　　　　　　　　　　　　Marcel F. Sincich, Esq.
　　　　　　　　　　　　　　　　*Attorneys for Plaintiff* REGINA CASTRO

1  DATED: February 18, 2026            **CARPENTER, ROTHANS & DUMONT**

                                        /s/ Jill Williams
                                    By: _____
                                        Jill Williams
                                        Scott J. Carpenter
                                        *Attorneys for Defendant* COUNTY OF LOS ANGELES

DATED: February 18, 2026            **SEKI, NISHIMURA & WATASE, PLC**


                                    By: /s/ Janet Keuper
                                        Janet L. Keuper
                                        *Attorneys for Defendant* CHAD MELTON

   Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Jill Williams, hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.