UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINA CASTRO,<br><br>         Plaintiff,<br><br>    vs.<br><br>COUNTY OF LOS ANGELES, CHAD MELTON, and DOES 1-10, inclusive,<br><br>         Defendants. | Case No.: 2:23-cv-02810-WLH-MARx<br><br>**[Proposed] ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |

IT IS HEREBY ORDERED, following stipulation of counsel, that the above-entitled action is dismissed in its entirety, with prejudice, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1).

IT IS SO ORDERED.

DATED: _____

Honorable Wesley L. Hsu
United States District Judge