JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINA CASTRO,<br><br>    Plaintiff,<br><br>    vs.<br><br>COUNTY OF LOS ANGELES, CHAD MELTON, and DOES 1-10, inclusive,<br><br>    Defendants. | Case No.: 2:23-cv-02810-WLH-MARx<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |

**IT IS HEREBY ORDERED**, following stipulation of counsel, that the above-entitled action is dismissed in its entirety, with prejudice, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1).

**IT IS SO ORDERED**.

DATED: February 24, 2026

_____
HONORABLE WESLEY L. HSU
UNITED STATES DISTRICT JUDGE

-1-